**Exhibit A**

| Doe | Host IPAddress | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 1 | 67.166.62.55 | 11/07/2012 10:07:24 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 2 | 98.245.61.217 | 11/26/2012 02:24:58 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 3 | 72.175.12.205 | 11/28/2012 01:46:19 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Bresnan Communications | Colorado |
| 4 | 174.51.168.182 | 12/05/2012 03:15:38 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 5 | 98.245.21.236 | 12/08/2012 10:39:06 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 6 | 75.70.242.31 | 12/11/2012 12:04:08 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 7 | 67.176.111.187 | 12/13/2012 07:12:25 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 8 | 75.166.203.174 | 12/15/2012 01:26:54 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Century Link | Colorado |
| 9 | 71.34.152.50 | 12/17/2012 10:50:33 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Century Link | Colorado |
| 10 | 69.146.62.194 | 12/19/2012 04:22:21 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Bresnan Communications | Colorado |
| 11 | 71.196.239.200 | 12/24/2012 03:26:48 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 12 | 174.24.2.7 | 12/29/2012 03:58:30 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Century Link | Colorado |
| 13 | 24.8.168.157 | 12/31/2012 01:04:49 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 14 | 71.218.136.22 | 01/03/2013 02:04:54 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Century Link | Colorado |
| 15 | 71.196.144.189 | 01/05/2013 03:49:15 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 16 | 75.166.169.10 | 01/09/2013 08:27:41 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Century Link | Colorado |
| 17 | 65.128.105.91 | 01/11/2013 01:25:57 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Century Link | Colorado |
| 18 | 24.8.161.209 | 01/11/2013 09:09:23 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 19 | 97.118.127.128 | 01/13/2013 07:32:23 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Century Link | Colorado |
| 20 | 24.9.250.70 | 01/14/2013 12:22:03 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 21 | 67.172.156.90 | 01/14/2013 11:10:00 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 22 | 24.8.152.47 | 01/21/2013 04:37:02 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 23 | 216.160.161.115 | 01/24/2013 04:21:03 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Century Link | Colorado |
| 24 | 174.29.172.116 | 01/24/2013 06:09:59 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Century Link | Colorado |
| 25 | 98.245.48.191 | 02/04/2013 09:20:54 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 26 | 75.163.167.131 | 02/06/2013 08:42:36 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Century Link | Colorado |
| 27 | 67.165.202.7 | 02/07/2013 09:48:12 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 28 | 69.144.4.149 | 02/14/2013 02:55:27 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Bresnan Communications | Colorado |
| 29 | 98.245.206.229 | 02/16/2013 10:16:20 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 30 | 24.9.195.175 | 02/16/2013 12:34:19 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 31 | 72.174.176.58 | 02/17/2013 04:09:58 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Bresnan Communications | Colorado |

| # | IP Address | Timestamp | Hash | ISP | State |
|---|---|---|---|---|---|
| 32 | 76.25.208.84 | 02/18/2013 03:37:21 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 33 | 184.167.237.250 | 02/21/2013 10:02:52 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Bresnan Communications | Colorado |
| 34 | 71.237.103.225 | 02/21/2013 05:08:33 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 35 | 72.174.176.59 | 02/22/2013 09:38:45 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Bresnan Communications | Colorado |
| 36 | 98.245.91.131 | 02/22/2013 10:03:44 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 37 | 71.237.63.76 | 02/23/2013 10:11:51 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |
| 38 | 174.29.65.129 | 02/24/2013 12:19:39 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Century Link | Colorado |
| 39 | 107.2.158.82 | 03/01/2013 01:47:29 | 0D6F8C38485BCCCE6F759DC4F258E983BB920698 | Comcast Cable | Colorado |