IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   13-cv-00598-WYD-MEH | Date:   April 1, 2013 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

PURZEL VIDEO GmbH,                                                                        Paul Lesko

      Plaintiff,

vs.

DOES 1-39,

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**   **11:02 a.m.**

Court calls case.  Appearance of counsel by telephone.

Discussion regarding Plaintiff's Motion and Memorandum for Leave to Take Discovery Prior to Rule 26(f) Conference (Doc. 9, filed 3/12/13).

**ORDERED:**   For reasons stated on the record, Plaintiff's Motion and Memorandum for Leave to Take Discovery Prior to Rule 26(f) Conference is DENIED without prejudice. Counsel is granted to re-file the motion in another form at the proper time.

**Court in recess:**      **11:15 a.m.  (Hearing concluded)**
**Total time in court:**  0:13

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.